OPINION — AG — ** COUNTY COMMISSIONERS — DECLARE OFFICE VACANT ** QUESTION: CAN THE BOARD OF COUNTY COMMISSIONERS DECLARE AN OFFICE VACANT AND WITHOUT APPOINTING A SUCCESSOR REMOVE AN OFFICER FROM HIS POSITION ? — NEGATIVE (SURVEYOR, APPOINTMENT, QUALIFIED, AUTHORITY) CITE: 51 O.S. 8 [51-8], 19 O.S. 131 [19-131], 19 O.S. 180.22 [19-180.22], 19 O.S. 180.57 [19-180.57] (FRED HANSEN)